## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

**SONYA GUIDRY,**

      Plaintiff,

   -vs-                       Case No. 16-C-187

**CAROLYN W. COLVIN, Acting Commissioner of Social Security,**

      Defendant.

## DECISION AND ORDER

Sonya Guidry requests leave to proceed *in forma pauperis* in this action, an appeal from the denial of social security disability benefits. Guidry's affidavit demonstrates that she is unable to pay the filing fee to commence this case. 28 U.S.C. § 1915(a)(1). Therefore, Guidry's motion [ECF No. 2] is **GRANTED**.

Dated at Milwaukee, Wisconsin, this 23rd day of February, 2016.

                                    **SO ORDERED:**

                                    **HON. RUDOLPH T. RANDA**
                                    **U.S. District Judge**